B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MARYLAND
# BALTIMORE DIVISION

IN RE:  **Sandra Kay Reed**                                         CASE NO

                                                                    CHAPTER   7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate.  (Part A must be fully completed for EACH debt which is secured by property of the estate  Attach additional pages if necessary.)

---

Property No.   1

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Aurora Loan Services<br>POB 1706<br>Scottsbluff, NE 69363<br>xxxxxx4199 | Investment Property |

Property will be (check one):
- [x] Surrendered      [ ] Retained

If retaining the property, I intend to (check at least one):
- [ ] Redeem the property
- [ ] Reaffirm the debt
- [ ] Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- [ ] Claimed as exempt      [x] Not claimed as exempt

---

Property No.   2

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Aurora Loan Services<br>POB 1706<br>Scottsbluff, NE 69363<br>xx3362 | Investment Property |

Property will be (check one):
- [x] Surrendered      [ ] Retained

If retaining the property, I intend to (check at least one):
- [ ] Redeem the property
- [ ] Reaffirm the debt
- [ ] Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- [ ] Claimed as exempt      [x] Not claimed as exempt

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND
## BALTIMORE DIVISION

IN RE:   **Sandra Kay Reed**                                   CASE NO

                                                               CHAPTER   7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 1*

---

**Property No. 3**

| **Creditor's Name:**<br>CitiMortgage<br>5420 Corporate Dr.<br>Frederick, MD 21703<br>x7152 | **Describe Property Securing Debt:**<br>Principal Residence |
|---|---|

Property will be (check one):
- [x] Surrendered
- [ ] Retained

If retaining the property, I intend to (check at least one):
- [ ] Redeem the property
- [ ] Reaffirm the debt
- [ ] Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- [ ] Claimed as exempt
- [x] Not claimed as exempt

---

**Property No. 4**

| **Creditor's Name:**<br>EMC<br>Customer Service Department<br>POB 293150<br>Lewisville, TX 75029<br>xxxxxx2359 | **Describe Property Securing Debt:**<br>Investment Property |
|---|---|

Property will be (check one):
- [x] Surrendered
- [ ] Retained

If retaining the property, I intend to (check at least one):
- [ ] Redeem the property
- [ ] Reaffirm the debt
- [ ] Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- [ ] Claimed as exempt
- [x] Not claimed as exempt

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND
## BALTIMORE DIVISION

IN RE: **Sandra Kay Reed**  CASE NO

CHAPTER  **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 2*

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>GMAC Mortgage<br>Attn: Customer Care<br>POB 1330<br>Waterloo, IA 50704-1330<br>xxxxxx2516 | **Describe Property Securing Debt:**<br>Investment Property |

Property will be (check one):
- [x] Surrendered
- [ ] Retained

If retaining the property, I intend to (check at least one):
- [ ] Redeem the property
- [ ] Reaffirm the debt
- [ ] Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- [ ] Claimed as exempt
- [x] Not claimed as exempt

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>HomeEq Servicing Corp<br>PO Box 160101<br>Sacramento, CA 95816<br>xxxxx2634 | **Describe Property Securing Debt:**<br>Principal Residence |

Property will be (check one):
- [x] Surrendered
- [ ] Retained

If retaining the property, I intend to (check at least one):
- [ ] Redeem the property
- [ ] Reaffirm the debt
- [ ] Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- [ ] Claimed as exempt
- [x] Not claimed as exempt

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MARYLAND
# BALTIMORE DIVISION

IN RE:  **Sandra Kay Reed**                    CASE NO

                                              CHAPTER   7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 3*

| Property No.   7 | |
|---|---|
| **Creditor's Name:**<br>SunTrust<br>POB 305053<br>Nashville, TN 37230<br>xxxxxxxxxxxxx3218 | **Describe Property Securing Debt:**<br>2004 Cadillac Escalade TK 91,000  Mechanical condi |

Property will be (check one):
- ☐ Surrendered    ☑ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☑ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):
  Debtor will continue making payments to creditor without reaffirming.

Property is (check one):
- ☐ Claimed as exempt    ☑ Not claimed as exempt

PART B -- Personal property subject to unexpired leases.  (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No.   1 | | |
|---|---|---|
| **Lessor's Name:**<br>AT&T Wireless<br>17000 Cantrell Road<br>Little Rock, AR  72223 | **Describe Leased Property:**<br>Unexpired cell phone contract | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑        NO ☐ |

| Property No.   2 | | |
|---|---|---|
| **Lessor's Name:**<br>Comcast Business Services<br>11800 Tech. Rd.<br>Silver Spring, MD 20904 | **Describe Leased Property:**<br>Unexpired contract for internet | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑        NO ☐ |

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND
## BALTIMORE DIVISION

IN RE:   **Sandra Kay Reed**                                              CASE NO

                                                                          CHAPTER   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 4*

| Property No.   3 | | |
|---|---|---|
| **Lessor's Name:**<br>Door2Door Storage<br>8263 Patuxent Range Rd.<br>Jessup, MD 20794 | **Describe Leased Property:**<br>2 storage pods | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☐         NO ☑ |

| Property No.   4 | | |
|---|---|---|
| **Lessor's Name:**<br>Erock Property Management<br>21 Dwan View Ct.<br>Silver Spring, MD 20904 | **Describe Leased Property:**<br>Property management of investment rentals | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☐         NO ☑ |

| Property No.   5 | | |
|---|---|---|
| **Lessor's Name:**<br>Jocelyn Miles & Monday Miles - Tenants<br>2911 Twinsting Ln.<br>Bowie, MD 20715 | **Describe Leased Property:**<br>Unexpired 1-year lease for residential rental property | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☐         NO ☑ |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **04/14/2010**                                    Signature   **/s/ Sandra Kay Reed**
                                                                    *Sandra Kay Reed*

Date  _____                            Signature  _____